SHERMAN LeROY LaRUSH v. STATE.

169 N. W. (2d) 37.

June 13, 1969—No. 41691.

*Sherman LeRoy LaRush,* pro se, for appellant.

*Douglas M. Head,* Attorney General, *Richard H. Kyle,* Solicitor General, *William B. Randall,* County Attorney, and *Carl M. Conney,* Assistant County Attorney, for respondent.

Heard before Knutson, C. J., and Otis, Rogosheske, Sheran, and Peterson, JJ.

PER CURIAM.

Appellant, by postconviction proceedings, sought release from the State Prison.[1] He was discharged from the prison on December 17, 1968. The appeal is moot.

Appeal dismissed.

---

[1] The grounds urged are the same as those considered and decided in State ex rel. Bruno v. Tahash, 280 Minn. 14, 157 N. W. (2d) 514.